```
                              FILED
IN RE:                  2010 JUL -6 PM 3:47  CASE NO. 08-54508-S

PAUL RICHARD BACHTEL                          CHAPTER 7
LEUTHEL ISABEL BACHTEL
        Debtors                               REPORT OF DIVIDEND
                                              UNDER FIVE DOLLARS
```


    Harold A. Corzin, Trustee herein, reports that check #112 in the amount of $1.81 was issued on June 23, 2010 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

                                                                                      Amt. of Dividend

Claim #11     Recovery Management Systems Corp   $   1.81
              For GE Money Bank, dba WAL-MART
              DISCOVER CARD
              25 SE 2nd Ave Ste 1120
              MIAMI, FL 33131

TOTAL:                                                          $   1.81

                                                           _____
                                                           HAROLD A. CORZIN, TRUSTEE
                                                           304 N. Cleveland-Massillon Rd.
                                                           Akron, Ohio 44333
                                                          (330) 670-0770

June 23, 2010

*Ck #112*
*receipt # 81585*